**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARTIN EDWARD JARAMILLO,

    Plaintiff,

vs.                                                      No. 1:19-CV-00488-KRS

ANDREW SAUL, Commissioner of
Social Security,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Award Benefits (Doc. 16) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                     **KEVIN R. SWEAZEA**
                                                     **UNITED STATES MAGISTRATE JUDGE**