# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARTIN EDWARD JARAMILLO,

    Plaintiff,

vs.   No. 1:19-CV-00488-KRS

ANDREW SAUL, Commissioner of
Social Security,

    Defendant.

## JUDGMENT[1]

Having granted Plaintiff's Motion to Reverse and Award Benefits (Doc. 16) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Pursuant to the order granting the Commissioner's Motion for a Correction to the Judgment Based on Clerical Oversight or Omission (Doc. 25) entered concurrently herewith, the Court's Judgment entered on November 3, 2020 is withdrawn, and this Judgment is entered in its place.